IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Miles, Linda

Printed: 9/3/08

Case Number: 04 B 01564
Judge: Wedoff, Eugene R
Filed: 1/14/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 17, 2008
Confirmed: March 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,400.00 |  |
| Secured: |  | 12,479.86 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,091.20 |
| Trustee Fee: |  | 828.94 |
| Other Funds: |  | 0.00 |
| Totals: | 15,400.00 | 15,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,091.20 | 2,091.20 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 19,708.30 | 12,479.86 |
| 4. | Americredit Financial Ser Inc | Unsecured | 754.74 | 0.00 |
| 5. | First Consumers National Bank | Unsecured | 59.58 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 48.48 | 0.00 |
| 7. | Capital One | Unsecured | 31.45 | 0.00 |
| 8. | Old Navy | Unsecured |  | No Claim Filed |
| 9. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 10. | Loyola University & Hospital | Unsecured |  | No Claim Filed |
| 11. | Providian Bank | Unsecured |  | No Claim Filed |
| 12. | Sprint | Unsecured |  | No Claim Filed |
| 13. | Sinai Family Health Centers | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 22,693.75 | $ 14,571.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 107.80 |
| 4% | 67.20 |
| 6.5% | 170.10 |
| 3% | 12.60 |
| 5.5% | 207.90 |
| 5% | 42.00 |
| 4.8% | 80.64 |
| 5.4% | 140.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Miles, Linda

Printed:  9/3/08

Case Number:  04 B 01564
Judge:  Wedoff, Eugene R
Filed:  1/14/04

_____
$ 828.94

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

